IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff.*<br><br>v.<br><br>**CARRIE THOMAS,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00012-TES-CHW-4** |

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Carrie Thomas's Unopposed Motion to Continue Trial [Doc. 40]. On April 12, 2023, the Government obtained an indictment charging Defendant with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c); two counts of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c) and 18 U.S.C. § 2; and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime. [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2024. [Doc. 33].

Defendant now seeks a continuance because his counsel has not yet received discovery in this case. [Doc. 40, p. 1]. On February 15, 2024, the Government informed

counsel that she needed to bring a hard drive to the United States Attorney's Office to copy the evidence, and counsel states that she will do so this week. [*Id*.]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Motion to Continue Trial in the Interest of Justice [Doc. 40], and this case and its pretrial conference are **CONTINUED** to the Court's April trial term—beginning April 22, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 20th day of February, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
