IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff.*<br><br>v.<br><br>**CARRIE THOMAS,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00012-TES-CHW-4** |

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE**
**TRIAL IN THE INTEREST OF JUSTICE**

Before the Court is Defendant Carrie Thomas's Unopposed Motion to Continue Trial [Doc. 46]. On April 12, 2023, the Government obtained an indictment charging Defendant with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c); two counts of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c) and 18 U.S.C. § 2; and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime. [Doc. 1]. Defendant entered a plea of not guilty on February 2, 2024. [Doc. 33]. On February 20, 2024, the Court granted Defendant's first continuance because Defendant's counsel was waiting to receive discovery. *See* [Doc. 41]; [Doc. 40].

Defendant seeks a second continuance because, although Defendant and counsel have now received discovery, the evidence is voluminous. [Doc. 46, p. 1]. The Government does not oppose the motion. [*Id.*]. So that counsel will have adequate time to continue reviewing discovery with Defendant, the Court **GRANTS** Defendant's Second Unopposed Motion to Continue [Doc. 46]. *See* [*id.*]. Accordingly, the Court **CONTINUES** this case to *June 24, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for April 10, 2024, is **CANCELED.**

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 1st day of April, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
